Steven J. WENZEL, Respondent,

v.

Yvette Jean WENZEL, Appellant.

No. WD 61864.

Missouri Court of Appeals,
Western District.

Dec. 16, 2003.

Larry V. Swall, II, Liberty, MO, for Appellant.

Mary M. Hinchey Parrish, Liberty, MO, for Respondent.

Before SMART, P.J., ULRICH and HARDWICK, JJ.

### *ORDER*

PER CURIAM.

Yvette Wenzel appeals from the trial court's denial of her child relocation request, pursuant to Section 452.377, R.S.Mo.2000. Upon review of the record, we find no error and affirm the trial court's judgment. Because a published opinion would have no precedential value, we have provided the parties with a Memorandum stating the reasons for our decision.

Affirmed. Rule 84.16(b).